Wetzel County Hospital
FY 2007
RR File No. HFY07-06-13-B
Order Dated: June 23, 2006
Effective Date: July 1, 2006
Letter Mailed: August 15, 2006

WETZEL COUNTY HOSPITAL
PROCEDURE REVENUE REPORT
EFFECTIVE 08/03/2006

EXHIBIT
tabbies
D

| | | | | | | |
|---|---|---|---|---|---|---|
| 510072 RAD/CT SCAN | 5807470 | CT ABD W/WO | 66 | 352 | 74170 | $ 945.25 31100058 |

Wheeling Hospital
FY 2007
RR File No. HFY07-06-28-B
Order Dated: October 2, 2006
Effective Date: October 10, 2006
Letter Mailed October 17, 2006

| Prov No | Department Name | Dept # | Item # | Item Description | Rev Code | CPT 4 Code | Modifier | Current Charge | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 510050 | A/R PAYOR TRANSFER | 100 | 1 | A/R PAYOR TRANSFER | 996 | | | 0.00 | 4/13/94 |
| 510050 | HOLD AREA | 150 | 1 | ROOM + BOARD SEMI PVT. | 121 | | | 380.00 | 7/8/06 |
| 510050 | HOLD AREA | 150 | 3 | ROOM + BOARD SEMI-PVT | 121 | | | 380.00 | 7/8/06 |
| 510050 | HOLD AREA | 150 | 5 | ROOM + BOARD SEMI PVT | 121 | | | 380.00 | 7/8/06 |
| 510050 | HOLD AREA | 150 | 6 | OP BED ASSIGNMENT | 998 | | | 0.00 | 00/00/0000 |
| 510050 | HOLD AREA | 150 | 7 | INITIAL OBSERVATION R+B | 762 | | | 95.00 | 7/8/06 |
| 510050 | HOLD AREA | 150 | 9 | OBSERVATION R+B ADDL HRS | 762 | | | 15.80 | 7/8/06 |
| 510050 | HOLD AREA | 150 | 11 | CV-ICU ROOM + BOARD HOLD | 214 | | | 1345.00 | 7/8/06 |
| 510050 | HOLD AREA | 150 | 1999 | HOLD AREAS | 998 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 1 | PAYMENTS | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 2 | MCDONOUGH CAPERTON PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 3 | EQUITABLE PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 4 | WV COMP PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 5 | OHIO COMP PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 8 | COMMERCIAL INS. PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 9 | PEIA/BC PAYMENT | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 11 | HMS PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 12 | BLACK LUNG PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 13 | HEALTH RIGHT PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 14 | PA MEDICAID PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 16 | CHAMPUS PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 17 | THE FUNDS PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 19 | BLUE CROSS LOCAL PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 20 | BLUE CROSS OTHER PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 21 | MEDICARE PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 22 | WV MEDICAID PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 23 | OHIO MEDICAID PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 24 | BC/WHEELING-PITT PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 25 | PROVIDENT PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 26 | PRUDENTIAL PAY | 997 | | | 0.00 | 4/13/94 |
| 510050 | PAYMENTS | 215 | 27 | HMO PAY | 997 | | | 0.00 | 4/13/94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 510050 | CT SCAN | 425 | 5 CT ABDOMEN +/-CONTRAST | 352 | 74170 | 1012.80 | 7/8/06 |

**Boone Memorial Hospital**
**FY 2005 Charge Master**
**Received December 22, 2005**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 511313 | CT SCAN | 041 | 4174180 | CT ABDOMEN W/WO CONTRAST | 0350 | 74170 | TC | 1,053.50 | 02/01/2005 |

Jefferson Memorial Hospital
Charge Master

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 511319 | 048 | CT SCANNER | 4830157 | CT ABD W/WO CONTRAST | 352 74170 | $1,058.00 | 3/15/04 |

Bluefield Regional Medical Center
FY 2008
RR File No. HFY08-07-19-B
Order Dated: June 25, 2007
Effective Date: July 2, 2007
Letter Mailed: July 17, 2007

**BLUEFIELD REGIONAL MEDICAL CENTER**
**CHARGE MASTER LISTING**

| MEDICARE PROVIDER | DEPARTMENT | DEPARTMENT NUMBER | PROCEDURE | DESCRIPTION | CHARGE CATEGORY | CPT-4 CODE | HCPCS CODE | CURRENT AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 510071 CT SCAN | 1723 | 17233120 | CT-ABD W/WO CONTRAST | 350 | 74170TC | 1,181.65 | 07/02/07 |

Cabell Huntington Hospital
FY 2006 Charge Master
RR FILE NO.: HFY06-05-34-B
ORDER DATE: September 23, 2005
EFFECTIVE DATE: October 1, 2005

| Medicare Provider Number | Department Name | Depart. Number | Item Charge Number | Description | Revenue Code | CPT code | CPT or HCPCS Modifier | HCPCS code | Current Charge Amount | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 510055 | Dietary | 620 | 62000001 | GUEST TRAY STATISTICAL | 271 | 0 | | | $0.00 | 10/1/05 |
| 510055 | Pastoral Care | 660 | 66000003 | PASTORAL CARE MISC | 960 | 0 | | | $0.00 | 10/1/05 |
| 510055 | Pastoral Care | 660 | 66000011 | INDIV COUNSELING 1HR | 960 | 90806 | | | $120.75 | 10/1/05 |
| 510055 | Pastoral Care | 660 | 66000038 | IND COUNSELING 30MIN | 960 | 90804 | | | $60.75 | 10/1/05 |
| 510055 | Pastoral Care | 660 | 66000046 | GROUP COUNSELING | 960 | 90847 | | | $155.00 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000002 | BIOLUCENT PAD | 271 | 0 | | | $5.50 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000005 | THERAPEUTIC EX 15 MIN | 420 | 0 | | | $67.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000006 | NEURO RE ED 15 MIN | 420 | 0 | | | $67.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000007 | MASSAGE TX 15 MIN | 420 | 0 | | | $67.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000008 | SOFT TISSUE/MOB 15 MIN | 420 | 0 | | | $67.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000009 | PHYSICAL MEDICINE PROCEDURE | 420 | 0 | | | $33.00 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000020 | ARTIFLEX PADDING 10" | 271 | 0 | | | $6.75 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000021 | ARTIFLEX PADDING 15 | 271 | 0 | | | $9.75 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000022 | DAUERBINDE 10CM | 271 | 0 | | | $30.50 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000023 | DAUERBINDE 6CM | 271 | 0 | | | $20.75 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000024 | DAUERBINDE 8CM | 271 | 0 | | | $25.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000025 | ROSIDAL 10CMX5 | 271 | 0 | | | $20.50 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000026 | ROSIDAL 10 X 3 | 271 | 0 | | | $16.00 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000027 | ROSIDAL 10 X 4 | 271 | 0 | | | $20.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000028 | ROSIDAL 12CM X 5 | 271 | 0 | | | $24.25 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000029 | ROSIDAL 12 X 4 | 271 | 0 | | | $22.00 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000030 | ROSIDAL 4CM X 5 | 271 | 0 | | | $9.50 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000031 | ROSIDAL 6CM X 5 | 271 | 0 | | | $13.75 | 10/1/05 |
| 510055 | Womens Health | 670 | 67000032 | ROSIDAL 8CM X 5 | 271 | 0 | | | $17.25 | 10/1/05 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 510055 | CT | 816 | 81600065 | SCAN, ABDOMEN W/WO. | 352 | 74170 | $1,198.75 | 10/1/05 |

Logan Regional Medical Center
FY 2007
RR File No. HFY07-06-51-B
Order Date: December 22, 2006
Effective Date: January 1, 2007
Letter Mailed: January 12, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 510048 | 726 | 726 | 20706 CT ABDOMEN W WO CONTRAS | 352 | 74170 | 74170 | 1214.2 | 1/1/07 |

West Virginia University Hospital's
FY 2007
RR File No. HFY07-06-41-B
Order Dated: December 22, 2006
Effective Date: January 1, 2007
Letter Mailed: January 24, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 510001 | 2350 CT Scan | 2350 | 16331000 | CT ABDOM W & WO CONTR | 0352 | 74170 | 1,541.50 | 1/1/07 |

Fairmont General Hospital
FY 2007
RR File No. HFY07-06-49-B
Order Date: December 22, 2006
Effective Date: January 22, 2007
Letter Mailed: January 31, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 510047 CT Scan R | 1.4044 | 3500020 CT ABDOMEN W/WO CONTRAST | 352 | 74170 | 1623.2 | 1/22/07 | 1711.25 | 1/22/07 |

Weirton Medical Center
FY 2007
RR File No. HFY07-06-8-B
Order Date: June 23, 2006
Effective Date: July 1, 2006
Letter Mailed: July 6, 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| 510023 | 423 22113402 | CT-ABDOMEN COMPLETE | 350 | 74170 | 1753.00 | 7/1/06 |

CAMC-Teays Valley Hospital
RR File No. HFY07-06-43-B
Order Dated: January 22, 2007
Effective Date: May 1, 2007
Letter Mailed: May 7, 2007

Untitled

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 51-0085 | 35516 | CT | 726 | 00513 | 0 | CT ABDOMEN W&WO CONT | 352 | 74170 | 1899.68 | 1-May-07 |

Williamson Memorial Hospital
FY 2007
RR File No. HFY07-06-45-B
Order Dated: December 22, 2006
Effective Date: January 15, 2007
Letter Mailed: January 22, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 510077 CT SCAN | 429 | 74170 CT ABDOMEN W/W/O CONT | 352 | 74170 | 74170 | 2453.24 | 1/15/07 |